UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH MICHAEL CRAY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>C. LOPEZ, et al.,<br><br>　　　　Defendants. | Case No.  22-cv-01517-SVK<br><br>**ORDER OF DISMISSAL** |

This is a civil rights action filed under 42 U.S.C. § 1983.  On August 1, 2022, mail sent to Plaintiff was returned by the postal service as undeliverable because Plaintiff was no longer at the address he had provided to the court.  Under Local Rule 3-11(b), parties must keep the Court informed of their current mailing address, and the failure to do so within sixty days of the return of mail as undeliverable will result in dismissal of their case or motion without prejudice.  More than sixty days have elapsed since the return of his mail, and Plaintiff has not updated his address.  Accordingly, this case is DISMISSED without prejudice.  Plaintiff may re-file his complaint in a new case, provided he maintains an updated address and complies with the local rules.

　　　　The Clerk shall enter judgment and close the file.

　　　　**IT IS SO ORDERED.**

Dated: October 14, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN VAN KEULEN
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge